RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 17 2011
JAMES N. HATTEN, Clerk
By: P. Brannon Deputy Clerk

90-cr-190-2
JOF

GEORGE DANIELS
# 41045-019
FCI BUTNER II
P.O BOx 1500
BUTNER, N.C 27509

NOVEMBER 12, 2011

HONORABLE JUDGE FORRESTER J.
UNITED STATES DISTRICT FOR
THE SOUTHERN DISTRICT OF GEORGIA
75 SPRINGS ST, ROOM 2211
ATLANTA, GA 30303

Dear Judge Forrester:

My name is George Daniels and I write this letter in regards to my motion to reduce sentence under 18 U.S.C 3582 pending before your court since mid May. Because I haven't heard anything from the Court even in the form of a show cause order to the government, I just wanted to write you personally, requesting that some action be taken in my case before the onslaught of crack cocaine motions inundate the Court.

As you may remember I was getting up in age when I appeared before you as a defendant, and now with my health fast deteriorating rapidly. Last year I had a stroke and to be honest it is taking its toll on me. So if possible I just ask that if the Court could see fit, to issue a ruling on my 3582 as promptly as the Court finds suitable.

Sincerely

George Daniels

Name: [handwritten] Number: [handwritten]
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RESEARCH TRIANGLE REGION
NC 276 1 T
14 NOV 2017 PM





⇔41045-019⇔
United States Dist Court
75 Spring St, SW Room 2211
Richard B. Russell Bldg.
Atlanta, GA - 30303
United States